```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A04-0180--CV (JWS)
                              "USA V FRANK MONIZ"

              Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 08/20/04
             Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (510) Vacate sentence (2255)

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:


Parties of Record:                         Counsel of Record:

PLF 1.1         UNITED STATES OF AMERICA       Richard L. Pomeroy
                                               U.S. Attorney's Office
                                               222 W. 7th Avenue, #9
                                               Anchorage, AK 99513-7567
                                               907-271-5071

DEF 1.1         MONIZ, FRANK                   Frank Moniz
                                               Pro Per: 14384-006
                                               Federal Correctional Institution
                                               POB 5000
                                               Sheridan, OR 97378
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CIVIL DOCKET ENTRIES FOR CASE A04-0180--CV (JWS)
                              "USA V FRANK MONIZ"

                              For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 08/20/04
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (510) Vacate sentence (2255)

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:


Document #  Filed      Docket text

NOTE -   1  08/20/04   Notation: ALL FUTURE FILING IS TO BE INTO a 01-0151CR (JWS).
```