UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 25 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-35482 |
| Plaintiff - Appellee, | D.C. Nos. CV-04-00180-JWS |
| v. | CR-01-00151-JWS |
| FRANK MONIZ, | District of Alaska, Anchorage |
| Defendant - Appellant. | ORDER |

RECEIVED
JUL 28 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: HAWKINS and THOMAS, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 25 2006

by:
Deputy Clerk